AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

## Southern District of Texas

ANDREW SMIGELSKI

*Plaintiff*

v.

U.S. CUSTOMS AND BORDER PROTECTION, et al.

*Defendant(s)*

Civil Action No. 5:25-CV-267

## SUMMONS IN A CIVIL ACTION

**To: (Defendant's name and address)**

**U.S. CUSTOMS AND BORDER PROTECTION**
Office of the Commissioner
1300 Pennsylvania Avenue NW
Washington, DC 20229

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

**Andrew Smigelski, Pro Se**
1015 Bryan Road
Sugar Grove, Ohio 43155
(614) 607-1230
Smigelski.andy@gmail.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**CLERK OF COURT**

Date: _____

Signature of Clerk or Deputy Clerk: _____

## PROOF OF SERVICE

(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))

This summons for (name of individual and title, if any): **U.S. CUSTOMS AND BORDER PROTECTION**

was received by me on (date): _____

[ ] I personally served the summons on the individual at (place): _____

   on (date): _____; or

[ ] I left the summons at the individual's residence or usual place of abode with (name):

_____

   , a person of suitable age and discretion who resides there, on (date): _____

   and mailed a copy to the individual's last known address; or

[ ] I served the summons on (name of individual): _____

   , who is designated by law to accept service of process on behalf of (name of organization):

_____

   on (date): _____; or

[ ] I returned the summons unexecuted because: _____; or

[ ] Other (specify): _____

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____.

I declare under penalty of perjury that this information is true.

Date: _____

Server's signature: _____

Printed name and title: _____

Server's address: _____

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

### Southern District of Texas

ANDREW SMIGELSKI

*Plaintiff*

v.

U.S. CUSTOMS AND BORDER PROTECTION, et al.

*Defendant(s)*

Civil Action No.  5:25-CV-267

## SUMMONS IN A CIVIL ACTION

**To: (Defendant's name and address)**

**U.S. DEPARTMENT OF HOMELAND SECURITY**

Office of the General Counsel

2707 Martin Luther King Jr. Ave SE

Washington, DC 20528

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

**Andrew Smigelski, Pro Se**

1015 Bryan Road

Sugar Grove, Ohio 43155

(614) 607-1230

Smigelski.andy@gmail.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**CLERK OF COURT**

Date: _____

Signature of Clerk or Deputy Clerk: _____

_____

### PROOF OF SERVICE

(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))

This summons for (name of individual and title, if any): **U.S. DEPARTMENT OF HOMELAND SECURITY**

was received by me on (date): _____

[ ] I personally served the summons on the individual at (place): _____

   on (date): _____; or

[ ] I left the summons at the individual's residence or usual place of abode with (name): _____

   , a person of suitable age and discretion who resides there, on (date): _____

   and mailed a copy to the individual's last known address; or

[ ] I served the summons on (name of individual): _____

   , who is designated by law to accept service of process on behalf of (name of organization): _____

   on (date): _____; or

[ ] I returned the summons unexecuted because: _____; or

[ ] Other (specify): _____

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____.

I declare under penalty of perjury that this information is true.

Date: _____

Server's signature: _____

Printed name and title: _____

Server's address: _____

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

## Southern District of Texas

ANDREW SMIGELSKI

*Plaintiff*

v.

U.S. CUSTOMS AND BORDER PROTECTION, et al.

*Defendant(s)*

Civil Action No. 5:25-CV-267

## SUMMONS IN A CIVIL ACTION

**To: (Defendant's name and address)**

**KRISTI NOEM, Secretary of Homeland Security (Official Capacity)**

U.S. Department of Homeland Security

2707 Martin Luther King Jr. Ave SE

Washington, DC 20528

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

**Andrew Smigelski, Pro Se**

1015 Bryan Road

Sugar Grove, Ohio 43155

(614) 607-1230

Smigelski.andy@gmail.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**CLERK OF COURT**

Date: _____

Signature of Clerk or Deputy Clerk: _____

---

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

This summons for (name of individual and title, if any): **KRISTI NOEM, Secretary of Homeland Security**

was received by me on (date): _____

[ ] I personally served the summons on the individual at (place): _____

   on (date): _____; or

[ ] I left the summons at the individual's residence or usual place of abode with (name):

_____

   , a person of suitable age and discretion who resides there, on (date): _____

   and mailed a copy to the individual's last known address; or

[ ] I served the summons on (name of individual): _____

   , who is designated by law to accept service of process on behalf of (name of organization):

_____

   on (date): _____; or

[ ] I returned the summons unexecuted because: _____; or

[ ] Other (specify): _____

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____.

I declare under penalty of perjury that this information is true.

Date: _____

Server's signature: _____

Printed name and title: _____

Server's address: _____

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

### Southern District of Texas

ANDREW SMIGELSKI

*Plaintiff*

v.

U.S. CUSTOMS AND BORDER PROTECTION, et al.

*Defendant(s)*

Civil Action No.  5:25-CV-267

## SUMMONS IN A CIVIL ACTION

**To: (Defendant's name and address)**
**OFFICER GONZALEZ (first name unknown)**
c/o U.S. Customs and Border Protection
Laredo Port of Entry
0 Lincoln Juarez Bridge
Laredo, TX 78040

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

**Andrew Smigelski, Pro Se**
1015 Bryan Road
Sugar Grove, Ohio 43155
(614) 607-1230
Smigelski.andy@gmail.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**CLERK OF COURT**

Date: _____

Signature of Clerk or Deputy Clerk: _____

---

### PROOF OF SERVICE

(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))

This summons for (name of individual and title, if any): **OFFICER GONZALEZ (first name unknown)**
was received by me on (date): _____

[ ] I personally served the summons on the individual at (place): _____

   on (date): _____; or

[ ] I left the summons at the individual's residence or usual place of abode with (name):

_____

   , a person of suitable age and discretion who resides there, on (date): _____

   and mailed a copy to the individual's last known address; or

[ ] I served the summons on (name of individual): _____

   , who is designated by law to accept service of process on behalf of (name of organization):

_____

   on (date): _____; or

[ ] I returned the summons unexecuted because: _____; or

[ ] Other (specify): _____

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____.

I declare under penalty of perjury that this information is true.

Date: _____

Server's signature: _____

Printed name and title: _____

Server's address: _____

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

### Southern District of Texas

ANDREW SMIGELSKI

*Plaintiff*

v.

U.S. CUSTOMS AND BORDER PROTECTION, et al.

*Defendant(s)*

Civil Action No. 5:25-CV-267

## SUMMONS IN A CIVIL ACTION

**To: (Defendant's name and address)**

**OFFICER SIEFERT (first name unknown)**
c/o U.S. Customs and Border Protection
Laredo Port of Entry
0 Lincoln Juarez Bridge
Laredo, TX 78040

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

**Andrew Smigelski, Pro Se**
1015 Bryan Road
Sugar Grove, Ohio 43155
(614) 607-1230
Smigelski.andy@gmail.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**CLERK OF COURT**

Date: _____

Signature of Clerk or Deputy Clerk: _____

## PROOF OF SERVICE

(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))

This summons for (name of individual and title, if any): **OFFICER SIEFERT (first name unknown)**

was received by me on (date): _____

[ ] I personally served the summons on the individual at (place): _____

on (date): _____; or

[ ] I left the summons at the individual's residence or usual place of abode with (name):

_____

, a person of suitable age and discretion who resides there, on (date): _____

and mailed a copy to the individual's last known address; or

[ ] I served the summons on (name of individual): _____

, who is designated by law to accept service of process on behalf of (name of organization):

_____

on (date): _____; or

[ ] I returned the summons unexecuted because: _____; or

[ ] Other (specify): _____

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____.

I declare under penalty of perjury that this information is true.

Date: _____

Server's signature: _____

Printed name and title: _____

Server's address: _____

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

## Southern District of Texas

ANDREW SMIGELSKI

*Plaintiff*

v.

U.S. CUSTOMS AND BORDER PROTECTION, et al.

*Defendant(s)*

Civil Action No. <u>5:25-CV-267</u>

## SUMMONS IN A CIVIL ACTION

**To: (Defendant's name and address)**

**JOHN DOE CBP OFFICERS 1-10**
c/o U.S. Customs and Border Protection
Laredo Port of Entry
0 Lincoln Juarez Bridge
Laredo, TX 78040

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

**Andrew Smigelski, Pro Se**
1015 Bryan Road
Sugar Grove, Ohio 43155
(614) 607-1230
Smigelski.andy@gmail.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**CLERK OF COURT**

Date: _____

Signature of Clerk or Deputy Clerk: _____

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

This summons for (name of individual and title, if any): **JOHN DOE CBP OFFICERS 1-10**

was received by me on (date): _____

[ ] I personally served the summons on the individual at (place): _____

    on (date): _____; or

[ ] I left the summons at the individual's residence or usual place of abode with (name):

_____

    , a person of suitable age and discretion who resides there, on (date): _____

    and mailed a copy to the individual's last known address; or

[ ] I served the summons on (name of individual): _____

    , who is designated by law to accept service of process on behalf of (name of organization):

_____

    on (date): _____; or

[ ] I returned the summons unexecuted because: _____; or

[ ] Other (specify): _____

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____.

I declare under penalty of perjury that this information is true.

Date: _____

Server's signature: _____

Printed name and title: _____

Server's address: _____

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

## Southern District of Texas

ANDREW SMIGELSKI

*Plaintiff*

v.

U.S. CUSTOMS AND BORDER PROTECTION, et al.

*Defendant(s)*

Civil Action No. 5:25-CV-267

## SUMMONS IN A CIVIL ACTION

**To:** (Defendant's name and address)

**U.S. ATTORNEY FOR THE SOUTHERN DISTRICT OF TEXAS (Required for federal defendants under FRCP 4(i))**

U.S. Attorney's Office
Southern District of Texas
1000 Louisiana Street, Suite 2300
Houston, TX 77002

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

**Andrew Smigelski, Pro Se**
1015 Bryan Road
Sugar Grove, Ohio 43155
(614) 607-1230
Smigelski.andy@gmail.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**CLERK OF COURT**

Date: _____

Signature of Clerk or Deputy Clerk: _____

_____

**PROOF OF SERVICE**

(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))

This summons for (name of individual and title, if any): **U.S. ATTORNEY FOR THE SOUTHERN DISTRICT OF TEXAS**

was received by me on (date): _____

[ ] I personally served the summons on the individual at (place): _____

   on (date): _____; or

[ ] I left the summons at the individual's residence or usual place of abode with (name):
_____

   , a person of suitable age and discretion who resides there, on (date): _____
   and mailed a copy to the individual's last known address; or

[ ] I served the summons on (name of individual): _____

   , who is designated by law to accept service of process on behalf of (name of organization):
_____

   on (date): _____; or

[ ] I returned the summons unexecuted because: _____; or

[ ] Other (specify): _____

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____.

I declare under penalty of perjury that this information is true.

Date: _____

Server's signature: _____

Printed name and title: _____

Server's address: _____

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

### Southern District of Texas

ANDREW SMIGELSKI

*Plaintiff*

v.

U.S. CUSTOMS AND BORDER PROTECTION, et al.

*Defendant(s)*

Civil Action No. 5:25-CV-267

## SUMMONS IN A CIVIL ACTION

**To: (Defendant's name and address)**

**ATTORNEY GENERAL OF THE UNITED STATES (Required for federal defendants under FRCP 4(i))**

U.S. Department of Justice

950 Pennsylvania Avenue NW

Washington, DC 20530

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

**Andrew Smigelski, Pro Se**

1015 Bryan Road

Sugar Grove, Ohio 43155

(614) 607-1230

Smigelski.andy@gmail.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**CLERK OF COURT**

Date: _____

Signature of Clerk or Deputy Clerk: _____

_____

## PROOF OF SERVICE

(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))

This summons for (name of individual and title, if any): **ATTORNEY GENERAL OF THE UNITED STATES**

was received by me on (date): _____

[ ] I personally served the summons on the individual at (place): _____

   on (date): _____; or

[ ] I left the summons at the individual's residence or usual place of abode with (name):
_____

   , a person of suitable age and discretion who resides there, on (date): _____
   and mailed a copy to the individual's last known address; or

[ ] I served the summons on (name of individual): _____

   , who is designated by law to accept service of process on behalf of (name of organization):
_____

   on (date): _____; or

[ ] I returned the summons unexecuted because: _____; or

[ ] Other (specify): _____

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____.

I declare under penalty of perjury that this information is true.

Date: _____

Server's signature: _____

Printed name and title: _____

Server's address: _____