**EXPRESS EASY**  XED  DHL

CRA v8.32 / 99-1203

Origen/Origin: **MDE**

De: ANDREW MARK SMIGELSKI
From: ANDREW MARK SMIGELSKI
EDF SAN PETER
MEDELLIN 050001
COLOMBIA

Para / To:
CLERK OF COURT US DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS LAREDO DIVISION
1300 VICTORIA STREET LAREDO
LAREDO TX 78040
UNITED STATES OF AMERICA

Contacto/Contact:
CLERK OF COURT US DISTRICT COURT

**US-LRD-LRD**

ADI

Account Number:
Shipment Ref: 23314631

Pickup Date: 2025/12/11

Package/Shipment Weight: 0.50 KG

Pieces: 1

Content: PERSONAL DOCUMENTS
User: davigavi

Service Point: MKR   Route: MDSB

Weight: 0.50 KG
Dimensions (LxWxH): 1.00x1.00x1.00cm
Total Awb: COP 184,153.00
Declared Value: USD$ 0.00
Protection Value: USD($) 0.00



WAYBILL: 6110533624

(2L) US78040+60000000



(J)JD 0146 0001 2397 5232 95

SE RECIBE SOBRE CERRADO
SIN VERIFICAR CONTENIDO

ENTIENDO QUE EL PAQUETE OBJETO DEL PRESENTE ENVIO SE ENCUENTRA SUJETO A TRAMITES Y PAGO DE IMPUESTOS ADUANEROS DEL LUGAR DEL DESTINO DEL MISMO

L-RAX 26
6110533624
PCS:1
EDD:
COMM

