Case 5:25-cv-00267   Document 6   Filed 01/14/26 in TXSD   Page 1 of 2

United States District Court
Southern District of Texas
**ENTERED**
January 14, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | |
|---|---|
| **ANDREW SMIGELSKI,** § § § | |
| Plaintiff, § § | |
| VS. § § | CIVIL ACTION NO. 5:25-CV-00267 |
| **U.S. CUSTOMS AND BORDER PROTECTION,** *et al.*, § § § § | |
| Defendants. § | |

## ORDER OF REFERENCE TO MAGISTRATE JUDGE

This case is hereby **REFERRED** to United States Magistrate Judge Christopher Dos Santos for the following purpose(s):

( _ ) Plenary pre-trial handling.

( _ ) Ruling on non-dispositive motion(s).

( X ) **Findings of Fact and Recommendations of Law** on motion:

   Dkt. 2 - Motion/Application to Proceed *In Forma Pauperis*

IT IS SO ORDERED.

SIGNED this January 14, 2026.

Diana Saldaña
United States District Judge