United States District Court
Southern District of Texas
**ENTERED**
February 06, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | | |
|---|---|---|
| **ANDREW SMIGELSKI,** | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 5:25-CV-00267 |
| | § | |
| **U.S. CUSTOMS AND BORDER PROTECTION,** *et al.*, | § § § | |
| | § | |
| Defendants. | § | |

# ORDER

Plaintiff Andrew Smigelski ("Plaintiff") filed a *pro se* Complaint on December 17, 2025. (Dkt. 1.) Plaintiff filed an Application to Proceed *in Forma Pauperis* ("IFP application"). The Court referred this matter to Magistrate Judge Christopher dos Santos, (Dkt. 6), who thereafter submitted his Report and Recommendation. (Dkt. 7.) In his Report and Recommendation, the Magistrate Judge recommended denying Plaintiff's IFP application and allowing Plaintiff sixty days to pay the filing fee. (*Id*. at 3.)

The Magistrate Judge's Report and Recommendation was sent to Plaintiff via certified mail on January 15, 2026. The time period to file an objection to the Report and Recommendation has elapsed and no written objections have been filed. *See* 28 U.S.C. § 636; Fed. R. Civ. P. 6(d). The Court concludes that the Report and Recommendation should be and is hereby ADOPTED IN WHOLE. Therefore, Plaintiff's Application to Proceed *in Forma Pauperis*, (Dkt. 2), is DENIED, and Plaintiff has sixty (60) days to pay the filing fee.

The Clerk of Court is DIRECTED to serve a copy of this order by any receipted means to the address provided in Plaintiff's most recent filing.

IT IS SO ORDERED.

SIGNED this February 6, 2026.

_____
Diana Saldaña
United States District Judge